IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THERESA SMITH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:22-cv-120-JB-B |
| FELDER SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR CONDITIONAL CERTIFICATION, PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT, AND DISTRIBUTION OF NOTICE**

Plaintiff Theresa Smith, and Defendant Felder Services, LLC, by and through their undersigned counsel, for their Joint Motion for Conditional Certification, Preliminary Approval of Collective Action Settlement, and Distribution of Notice, do hereby state and allege as follows:

1. Plaintiff filed suit against Defendant asserting individual and putative collective action claims for violation of the overtime provisions of the Fair Labor Standards Act ("FLSA"). Plaintiff alleged in her Complaint that Defendant failed to calculate certain shift and attendance bonuses into the regular rate of Plaintiff and others similarly situated, leading to a miscalculation of overtime compensation. Defendant denies these allegations.

1

2. The Parties propose a Settlement Agreement that resolves Plaintiff's claims based upon the facts alleged in the Complaint, as well as similar claims of those similarly situated to Plaintiff.

3. To this end, the Parties seek distribution of Notice and Consent forms, attached as Exhibits 2 and 3, appointment of Josh Sanford and the Sanford Law Firm as Class Counsel, and certification of the following collective class:

> **All hourly-paid employees who earned a perfect attendance or extra shift bonus in connection with work performed for Felder Services, LLC, in any week in which they worked more than forty hours between January 1, 2020 and July 31, 2022.**

4. In addition, the Parties seek this Court's preliminary approval of their agreement as memorialized in the attached Exhibit 1.

5. The Parties believe the Agreement is fair, reasonable, and adequate.

6. This Joint Motion is supported by a contemporaneously filed brief.

WHEREFORE, premises considered, the Parties respectfully request that the Court conditionally certify the proposed collective; preliminarily approve their executed Agreement, proposed Notice and Consent forms and the method of distribution; appoint Class Counsel; and for all other necessary and proper relief.

Respectfully submitted this the 7th day of March, 2023.

| | |
|---|---|
| */s/ Josh Sanford* | */s/ Melisa C. Zwilling* |
| Laura Edmondson | Melisa C. Zwilling |
| Josh Sanford | Attorney for Defendant |
| Attorneys for Plaintiff | **CARR ALLISON** |
| **SANFORD LAW FIRM, PLLC** | 100 Vestavia Parkway |
| 10800 Financial Centre Parkway | Birmingham, Alabama 35216 |
| Suite 510 | Telephone: (205) 822-2006 |
| Little Rock, Arkansas 72211 | mzwilling@carrallison.com |
| Telephone: (800) 615-4946 | |
| laura@sanfordlawfirm.com | |
| josh@sanfordlawfirm.com | |