IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al.**                                                                                          **PLAINTIFFS**

vs.                                            No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC**                                                                                          **DEFENDANT**

## NOTICE OF WITHDRAWAL OF CONSENTS TO JOIN

Notice is hereby given that Opt-In Plaintiffs Juawana Madison (ECF No. 37) and Johnathan Barnes (ECF No. 38) withdraw their Consents to Join this case.

Respectfully submitted,

**THERESA SMITH, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 1 of 2
Theresa Smith, et al. v. Felder Services, LLC
U.S.D.C. (S.D. Ala.) Case No. 1:22-cv-120-JB-B
Notice of Withdrawal of Consents to Join

## **CERTIFICATE OF SERVICE**

    I, Josh Sanford, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing was electronically filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Melisa C. Zwilling, Esq.
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:  (205) 822-2006

                                     */s/ Josh Sanford*
                                       **Josh Sanford**

Page 2 of 2
Theresa Smith, et al. v. Felder Services, LLC
U.S.D.C. (S.D. Ala.) Case No. 1:22-cv-120-JB-B
Notice of Withdrawal of Consents to Join