IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                           **PLAINTIFFS**

vs.                                      No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.



SIGNATURE

Bonnie L Ayler
PRINTED NAME

Date: 04 / 25 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                                          **PLAINTIFFS**

vs.                                              No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                                **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

_____
SIGNATURE

Claudette Barereyimana_____
PRINTED NAME

Date: _05/ 01_____, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                         **PLAINTIFFS**

vs.                                    No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                         **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

    You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.



_Wanda Bartlett_
SIGNATURE

Wanda Sue Bartlett
PRINTED NAME

Date: 4- 2 9_____, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                                                          **PLAINTIFFS**

vs.                                                  No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                                                     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

*Bolander M. Bradford*
SIGNATURE

Bolander M Bradford
PRINTED NAME

Date: April 28, , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                                  **PLAINTIFFS**

vs.                                        No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of
January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the
Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this
lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting
in, I agree to the following Release of claims:

> You shall voluntarily and fully release Defendant and its former, present or
> future parents, subsidiaries, officers, directors, employees, shareholders,
> attorneys, insurers, and administrators, and the predecessors and
> successors, assigns, and legal representatives of all such entities and
> individuals from all known and unknown wage and compensation claims
> arising on or before July 31, 2022 from the facts pled in the Complaint
> including  but not limited to those arising under local, state or federal law
> (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the
> implementing regulations) relating to your employment.

SIGNATURE

Lenore Brundidge
PRINTED NAME

Date: 4–21– , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                                    **PLAINTIFFS**

vs.                                    No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

> You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

*Yolanda Eaton*
SIGNATURE

Yolanda Eaton
PRINTED NAME

Date: 4 - 28 - 2023, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

## IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                          **PLAINTIFFS**

vs.                                    No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                        **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of
January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the
Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this
lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting
in, I agree to the following Release of claims:

> You shall voluntarily and fully release Defendant and its former, present or
> future parents, subsidiaries, officers, directors, employees, shareholders,
> attorneys, insurers, and administrators, and the predecessors and
> successors, assigns, and legal representatives of all such entities and
> individuals from all known and unknown wage and compensation claims
> arising on or before July 31, 2022 from the facts pled in the Complaint
> including  but not limited to those arising under local, state or federal law
> (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the
> implementing regulations) relating to your employment.

_____
SIGNATURE

Carisa Evans
PRINTED NAME

Date: 4-27 , 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                        **PLAINTIFFS**

vs.                                      No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                        **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of
January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the
Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this
lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting
in, I agree to the following Release of claims:

> You shall voluntarily and fully release Defendant and its former, present or
> future parents, subsidiaries, officers, directors, employees, shareholders,
> attorneys, insurers, and administrators, and the predecessors and
> successors, assigns, and legal representatives of all such entities and
> individuals from all known and unknown wage and compensation claims
> arising on or before July 31, 2022 from the facts pled in the Complaint
> including but not limited to those arising under local, state or federal law
> (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the
> implementing regulations) relating to your employment.



SIGNATURE

NaKailah C Evans
PRINTED NAME

Date: 4, 27 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

## IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**

                                                                                    **PLAINTIFFS**

vs.                                                No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**

                                                                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

SIGNATURE

Lakeisha Fantroy
PRINTED NAME

Date: May 2 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                                    **PLAINTIFFS**

vs.                                          No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.



SIGNATURE

Cardarius C Fountain
PRINTED NAME

Date: 4/29_____, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                          **PLAINTIFFS**

vs.                                    No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of
January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the
Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this
lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting
in, I agree to the following Release of claims:

You shall voluntarily and fully release Defendant and its former, present or
future parents, subsidiaries, officers, directors, employees, shareholders,
attorneys, insurers, and administrators, and the predecessors and
successors, assigns, and legal representatives of all such entities and
individuals from all known and unknown wage and compensation claims
arising on or before July 31, 2022 from the facts pled in the Complaint
including but not limited to those arising under local, state or federal law
(the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the
implementing regulations) relating to your employment.

SIGNATURE

Felicia J Franks
PRINTED NAME

Date: 4 / 24 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                    **PLAINTIFFS**

vs.                              No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                    **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

_____
SIGNATURE

Jakeia M Gatson
PRINTED NAME

Date: 05/01_____, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                                          **PLAINTIFFS**

vs.                                            No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

SIGNATURE

Chiquita Goodloe
PRINTED NAME

Date: April 28, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                              **PLAINTIFFS**

vs.                                No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                        **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

*Kristin Holden deceased*
SIGNATURE *by mother Rhonda Holden*

Kristin N Holden
PRINTED NAME

Date: *May 2,* , 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                      **PLAINTIFFS**

VS.                                  No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

SIGNATURE

Michael D Holifield
PRINTED NAME

Date: 4-26 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                    **PLAINTIFFS**

vs.                            No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                    **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

> You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

SIGNATURE

Addie Walker
PRINTED NAME

Date: April 30 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                                    **PLAINTIFFS**

vs.                                    No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

> You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.



_Steven A. Weaver_
SIGNATURE

Steven G Weaver
PRINTED NAME

Date: May 1 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                                              **PLAINTIFFS**

vs.                                               No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                                         **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

      I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

      You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

_Santana White_
SIGNATURE

Santana N White
PRINTED NAME

Date: _4-27-_ , 2023
       April 27

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                                                   **PLAINTIFFS**

vs.                                                No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                                          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

> You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

_Sherry Williams_
SIGNATURE

Sherry L Williams
PRINTED NAME

Date: _4-30-_, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                          **PLAINTIFFS**

vs.                                   No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

> You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

*Timothy Williams*
SIGNATURE

Timothy T Williams
PRINTED NAME

Date: 5 - 2 , 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                                                                                    **PLAINTIFFS**

vs.                                                    No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                                                                                   **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of
January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the
Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this
lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting
in, I agree to the following Release of claims:

> You shall voluntarily and fully release Defendant and its former, present or
> future parents, subsidiaries, officers, directors, employees, shareholders,
> attorneys, insurers, and administrators, and the predecessors and
> successors, assigns, and legal representatives of all such entities and
> individuals from all known and unknown wage and compensation claims
> arising on or before July 31, 2022 from the facts pled in the Complaint
> including  but not limited to those arising under local, state or federal law
> (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the
> implementing regulations) relating to your employment.

_____
SIGNATURE

Cassandra Wyckoff_____
PRINTED NAME

Date: _5 | 1 |_____, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023**