IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al,**                          **PLAINTIFFS**

vs.                       No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC,**                          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly-paid employee of Felder Services, LLC, between the dates of January 1, 2020 and July 31, 2022. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit and to being represented by Sanford Law Firm, PLLC. I understand that by opting in, I agree to the following Release of claims:

You shall voluntarily and fully release Defendant and its former, present or future parents, subsidiaries, officers, directors, employees, shareholders, attorneys, insurers, and administrators, and the predecessors and successors, assigns, and legal representatives of all such entities and individuals from all known and unknown wage and compensation claims arising on or before July 31, 2022 from the facts pled in the Complaint including but not limited to those arising under local, state or federal law (the Fair Labor Standards Act, 29 U.S.C. §201 et seq., and all of the implementing regulations) relating to your employment.

*Stefanie Crawford*
_____
SIGNATURE

Stefanie Crawford
_____
PRINTED NAME

Date: 05.23.2023
_____

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Center Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (800) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

## IMPORTANT: RETURN FOR FILING BEFORE JUNE 9, 2023