IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**THERESA SMITH, et al.**                                                    **PLAINTIFFS**

vs.                                             No. 1:22-cv-120-JB-B

**FELDER SERVICES, LLC**                                             **DEFENDANT**

## NOTICE OF WITHDRAWAL OF CONSENT TO JOIN

Notice is hereby given that Opt-In Plaintiff James Thompson (ECF No. 60) withdraws his Consent to Join this case.

                                                    Respectfully submitted,

                                                    **THERESA SMITH, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

                                                    SANFORD LAW FIRM, PLLC
                                                    Kirkpatrick Plaza
                                                    10800 Financial Centre Pkwy, Suite 510
                                                    Little Rock, Arkansas 72211
                                                    Telephone: (501) 221-0088
                                                    Facsimile: (888) 787-2040

                                                    Josh Sanford
                                                    Ark. Bar No. 2001037
                                                    josh@sanfordlawfirm.com

Page 1 of 2
Theresa Smith, et al. v. Felder Services, LLC
U.S.D.C. (S.D. Ala.) Case No. 1:22-cv-120-JB-B
Notice of Withdrawal of Consent to Join

## **CERTIFICATE OF SERVICE**

    I, Josh Sanford, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing was electronically filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Melisa C. Zwilling, Esq.
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:   (205) 822-2006

*/s/ Josh Sanford*
**Josh Sanford**

Page 2 of 2
Theresa Smith, et al. v. Felder Services, LLC
U.S.D.C. (S.D. Ala.) Case No. 1:22-cv-120-JB-B
Notice of Withdrawal of Consent to Join