# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THERESA SMITH, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** |
| | ) | **1:22-cv-120-JB-B** |
| **FELDER SERVICES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF AGREED FILING – LATE CONSENTS TO JOIN

Plaintiff Theresa Smith, individually and on behalf of all others similarly situated, by and through her attorney Josh Sanford of Sanford Law Firm, PLLC, gives notice of the agreed filing of the attached late Consents to Join as to:

1. Darrius Ayler;

2. Shenill Grace; and

3. LaTanya Harris.

Defendant's counsel has consented to this filing.

Page 1 of 2
Theresa Smith, et al. V. Felder Services, LLC
U.S.D.C. (S.D. Ala.) Case No. 1:22-cv-120-JB-B
Notice of Filing Late Consents to Join

Dated this 16th day of June, 2023.

                                        Respectfully submitted,

                                        **PLAINTIFF THERESA SMITH,**
                                        **Individually and on Behalf of**
                                        **All Others Similarly Situated**

                                        SANFORD LAW FIRM, PLLC
                                        Kirkpatrick Plaza
                                        10800 Financial Centre Pkwy, Suite 510
                                        Little Rock, Arkansas 72211
                                        Telephone: (800) 615-4946
                                        Facsimile: (888) 787-2040

                                        Josh Sanford
                                        Ark. Bar No. 2001037
                                        josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing Notice was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Melisa C. Zwilling
Attorney for Defendant
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006

                                        */s/ Josh Sanford*
                                        **Josh Sanford**

Page 2 of 2
Theresa Smith, et al. V. Felder Services, LLC
U.S.D.C. (S.D. Ala.) Case No. 1:22-cv-120-JB-B
Notice of Filing Late Consents to Join