IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THERESA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 22-00120-JB-B |
| | ) |
| FELDER SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on the parties' Joint Motion for Final Approval of Settlement and to Appear Telephonically or Via Videoconference. (Doc. 64). Upon due consideration, the Court concludes counsel may appear for the **August 21, 2023 at 9:30 a.m.** Fairness Hearing (*see* Doc. 33) telephonically.  The Court will consider final approval of settlement at the said hearing.

To access the telephone conference, the parties are to use the following numbers:

CALL IN            571-353-2301

ACCESS CODE        002111703#

At least one attorney of record for each counseled party must participate in the conference.

Conference participants are requested to abstain from using either cell phones or the conference option on landline phones, due to their propensity to disrupt the recording system.

DONE and ORDERED this 1st day of August, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDG