IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THERESA SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 22-00120-JB-B |
| | ) | |
| FELDER SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Final Approval of Settlement ("Joint Motion"). (Doc. 64). Upon due consideration of the Joint Motion and all relevant material in the record, the Court hereby finds and orders as follows:

1. The Court has subject-matter jurisdiction over this collective action brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (Doc. 1).

2. By order dated March 21, 2023, the Court granted the parties' Joint Motion for Conditional Certification, Preliminary Approval of Collective Action Settlement, and Distribution of Notice ("Conditional Certification Order"). (Doc. 33). The Court hereby adopts and incorporates the findings and conclusion of its Conditional Certification Order herein.

3. On August 21, 2023, the Court conducted a fairness hearing pursuant to the Conditional Certification Order ("Fairness Hearing"). Counsel for the parties appeared at the Fairness Hearing and re-confirmed the Joint Motion for Final Approval of Settlement. No objections have been made.

4. Following the Conditional Certification Order, the Sanford Law Firm as Settlement Administrator sent Notice of Collective Action Settlement forms and accompanying Consent to Join forms to the 639 Proposed Settlement Collective members.

5. At the expiration of the notice, opt-in, and objection period, of the 639 Proposed Settlement Collective members, 150 submitted Consent to Join forms and joined the case. With Named Plaintiff, the total number of Plaintiffs is 151.

6. The Settlement Collective members have submitted no objections to the settlement.

7. The settlement fund payable to the participating settlement collective members totals $22,561.89.  With a $2,000.00 service award and $6,566.00 additional claim payment payable to Named Plaintiff, the total settlement amount payable to Plaintiffs is $31,127.89.

8. Plaintiffs' counsels' actual billing, including counsels' preparation for and attendance of the Fairness Hearing, totals $22,042.30.  The Court finds Plaintiffs' counsels' fees and costs in the total amount of $22,042.30 to be fair and reasonable.  Defendant shall pay Plaintiffs' counsel the sum of $22,042.30 in fees and costs. This amount is separate from the funds payable to Plaintiffs.

9. The Court hereby approves and confirms the settlement and the terms thereof as being fair, reasonable, and adequate, and orders the settling parties to take all necessary steps to effectuate the terms of the settlement.

**Wherefore**, the Joint Motion for Final Approval of Settlement is hereby GRANTED.

DONE and ORDERED this 23rd day of August, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE
